UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------x
: Case No. 1:25-cv-00080-PKC
AEGIS CAPITAL CORP.,                      :
:
          Plaintiff,                       :
:
     -against-                              :
:
LASER PHOTONICS CORPORATION,              :
:
          Defendant.                       :
-----------------------------------------x

*Application Granted*
*SO ORDERED*
*/s/ P. Kevin Castel, USDJ*
*3-31-25*

### NOTICE OF DEFENDANT'S MOTION TO VACATE

PLEASE TAKE NOTICE that upon the attached memorandum of law, and pursuant to this Court's order granting leave to file, Defendant Laser Photonics Corporation ("Defendant"), by and through its attorneys Einbinder & Dunn LLP, respectfully moves this Court, P. Kevin Castel, U.S.D.J., in Room-11D, United States Courthouse, 500 Pearl Street, New York, New York, for an Order to vacate the so-ordered stipulation entered on January 6, 2025, pursuant to Federal Rules of Civil Procedure Rule 54(b).

Dated: New York, New York
       March 19, 2025

                                    EINBINDER & DUNN LLP

                                    By: /s/ Mackenzie Dimitri
                                    Mackenzie Dimitri, Esq.
                                    112 Madison Ave, 8th Fl
                                    New York, New York 10016
                                    (212) 391-9500

                                    *Attorney for Defendant Laser Photonics Corporation*

- 1 -